# In the United States Court of Federal Claims

No. 18-334 C

Filed: February 18, 2022

**HEALTH ALLIANCE**
**MEDICAL PLANS, INC.**

       v.

**THE UNITED STATES**

**RULE 54(b)**
**JUDGMENT**

    Pursuant to the court's Order, filed February 18, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed February 17, 2022,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the amount of $1,498,262.27, on Count I of plaintiff's amended complaint as it relates to cost-sharing reduction (CSR) payments through December 31, 2017. Count II of the amended complaint is partially dismissed, with prejudice, as it relates to plaintiff's claim for CSR payments through December 31, 2017. Each party shall bear its own costs, attorney fees, and expenses.

                                     Lisa L. Reyes
                                     Clerk of Court

                 By:    s/ Debra L. Samler

                                     Deputy Clerk