# In the United States Court of Federal Claims

No. 18-334C

(E-Filed:  June 8, 2022)

|  |  |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

ORDER

On June 6, 2022, pursuant to the court's September 22, 2021 order, the parties filed a joint status report informing the court of the status of settlement discussions in this case.  See ECF No. 41.  Therein, the parties request that the court "continue the stay in this case until July 21, 2022[,] to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases."  Id. at 1.

The court once again commends the parties' cooperative efforts in resolving these cases without further litigation.  The court will continue the stay in this case indefinitely and order the filing of reoccurring joint status reports every forty-five days without the need for additional motions or further order from the court.

Accordingly, for good cause shown:

(1) The clerk's office is directed to continue the **STAY** of this case until further order of the court; and

(2) On or before **July 21, 2022,** and **every forty-five days** thereafter, the parties are directed to **FILE** a **joint status report** informing the court of

the status of the parties' discussions to resolve this matter without further litigation and the parties' position on the continuation of the current stay.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge
